```
              IN THE UNITED STATE DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

HENRY CUEVAS ALVAREZ                                      PLAINTIFF

VS.                           CIVIL ACTION NO. 5:07-cv-107-DCB-MTP

CONSTANCE REESE, et al.                                  DEFENDANTS

                          FINAL JUDGMENT

   This cause having come before the Court on the Report and Recommendation of the Magistrate Judge that defendants' Motion to Dismiss or in the Alternative for Summary Judgment [**docket entry 34**] be granted. The Court having adopted in full said Report and Recommendation over the Objection of the plaintiff following a de novo review of those portions of the Report and Recommendation to which the plaintiff objected; accordingly,

   **IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED.  IT IS FURTHER ORDERED AND ADJUDGED** that defendants Motion to Dismiss or in the Alternative for Summary Judgment [**docket entry  34**] is **GRANTED**; defendants Dr. Davila and PA Urriste are **DISMISSED WITHOUT PREJUDICE**; the claims against all other defendants are dismissed **WITH PREJUDICE**.

   **SO ORDERED AND ADJUDGED**, this the 23rd day of July 2008.


                                    s/David Bramlette
                              UNITED STATES DISTRICT JUDGE